Gerald C. Ellick, Appellee, v. Clayton Motor Company, Inc., Appellant.

Gen. No. 47,283.

First District, Third Division.
January 15, 1958.
Released for publication February 10, 1958.

McFarland, Morgan and Stearns (Leonard W. Stearns, of counsel) for appellant; Duday & Hoy, for plaintiff-appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**